THE LAW OFFICE OF GREGORY JAVARDIAN, LLC
By: Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Natacha Rios <br>               Debtor(s) | Chapter 13 Proceeding <br><br> 16-14643 SR |

**STIPULATION BY AND BETWEEN NATACHA RIOS AND CITIZENS BANK OF PENNSYLVANIA**

WHEREAS, on September 23, 2016 Citizens Bank of Pennsylvania's (hereinafter "Citizens Bank") filed a Motion for Relief from Stay;

WHEREAS, no Responses to the Motion for Relief from Stay were filed and on October 25, 2016 Citizens Bank filed a Certificate of No Response;

WHEREAS, an Order was entered on October 27, 2016 granting Citizens Bank relief from the stay;

WHEREAS, on February 10, 2017 Debtor filed a Motion to Reconsider Order Modifying Automatic Stay; and

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion to Reinstate the Automatic Stay.

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

{00400309}                                            1

1. **The October 27, 2016, Order granting Citizens Bank of Pennsylvania relief from the stay is vacated.**

2. On March 13, 2017 Counsel for Citizens Bank received a check in the amount of $3,525.09. This payment shall bring the Debtor(s) current, post-petition, through the February 21, 2017 post-petition payment. This check also included funds to pay Citizens Bank's Motion for Relief attorney fees and costs of $1,026.00.

3. On or before April 7, 2017 Debtor shall pay to Citizens Bank the March 21, 2017 post-petition payment of $334.61.

4. Commencing with the April 21, 2017 payment the Debtor(s) shall resume and shall continue to make all regular monthly post petition mortgage payments when they are due in accordance with said Note and Mortgage.

5. All payments from Debtor(s) to Citizens Bank, its successors and/or assigns shall be in the form of certified funds or Trustee checks if conduit payments.

6. The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with ten (10) days written notice of default. If the default is not cured within the ten (10) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank of Pennsylvania its successors and/or assigns relief from the automatic stay without further notice and hearing.

7. Should Citizens Bank of Pennsylvania its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with

{00400309}                          2

paragraph six (6) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law."

8. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____    Date: 3/31/17
Brad J. Sadek, Esquire
Attorney for Debtor, Natacha Rios

_____    Date: 4/3/2017
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

_____    Date: 4/5/17
Frederick L. Reigle, Esquire
Trustee

On this ___ day of _____

_____
United States Bankruptcy Judge
Stephen Raslavich

**Date: April 12, 2017**

cc:   Mary F. Kennedy, Esquire
      1310 Industrial Blvd.
      1st Floor, Suite 101
      Southampton, PA 18966

      Brad J. Sadek, Esquire
      Sadek & Cooper
      1315 Walnut Street, Suite 502
      Philadelphia, PA 19107

{00400309}    3

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue,
PO Box 4010
Reading, PA 19606

{00400309}    4