IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Natacha Rios<br>  Debtor(s) | Chapter 13 Proceeding<br><br>16-14643 JKF |

## ORDER

AND NOW, this 30th day of July, 2018, upon consideration of Citizens Bank of Pennsylvania's Certification of Default, it is hereby ORDERED AND DECREED that:

1. The Automatic Stay is terminated as to Citizens Bank of Pennsylvania and/or its successors and assigns with regard to the property located at 583 Alcott Street, Philadelphia, PA 19120;

2. Citizens Bank of Pennsylvania may contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home; and

3. The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

BY THE COURT:

_____
United States Bankruptcy Judge
Jean F. FitzSimon

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

Brad J. Sadek, Esquire
Debtors(s) Attorney

Frederick L. Reigle, Esquire
Trustee